■ **SAMUEL RUBIN, Individually and as Executor of HENRIETTA RUBIN, Deceased, Respondent, v. SAUL GROSSMAN, Appellant. (Action No. 1.) (And Another Action.)** — Appeal by defendant from an order of the Supreme Court, Kings County, dated July 23, 1969, which granted plaintiff's motion to consolidate a personal injury action and wrongful death action, both arising out of the same accident. Order reversed, with $10 costs and disbursements; and motion denied, without prejudice to a renewal on a proper medical affidavit. In the absence of medical proof showing the causal relationship between the accident and the subsequent death of plaintiff's intestate, a motion to consolidate a personal injury action and a wrongful death action may not be granted (*Augenbraun* v. *G & B Distributors,* 17 A D 2d 785; cf. *McCarthy* v. *Downes,* 17 A D 2d 919). Plaintiff may renew the motion to consolidate upon submitting competent medical proof of such causal connection (cf. *Augenbraun* v.

*G & B Distributors, supra; McCarthy v. Downes, supra).* Christ, P. J., Hopkins, Munder, Latham and Benjamin, JJ., concur.